Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-077

**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title
        **Title of Work:**  Witchcraft

## Completion/Publication
        **Year of Completion:**  2014
    **Date of 1st Publication:**  December 08, 2014
  **Nation of 1st Publication:**  United States

## Author
        •     **Author:**  Camille Chew
    **Author Created:**  2-D artwork
       **Citizen of:**  United States

## Copyright Claimant
  **Copyright Claimant:**  Camille Chew
133 Mathewson St, Apt 203, Providence, RI, 2903, United States

## Rights and Permissions
        **Name:**  Camille Chew
      **Email:**  camillechew.art@gmail.com
   **Address:**  133 Mathewson St, Apt 203
Providence, RI 2903 United States

## Certification
        **Name:**  David Denholm
       **Date:**  August 06, 2025
**Applicant's Tracking Number:**  CC2025080701

