**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAMILLE CHEW,

      Plaintiff,

v.

PEINIQULIULANG,

      Defendant.

Case No.: 1:26-cv-06646

Judge Lindsay C. Jenkins

Magistrate Judge Albert Berry, III

**AMENDED SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | peiniquliulang |

1