**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Camille Chew

                    Plaintiff,

v.                                                       Case No.: 1:26–cv–06646
                                                         Honorable Lindsay C. Jenkins

peiniquliulang, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 12, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The clerk shall update the case caption to reflect that Defendant is "peiniquliulang." Plaintiff can proceed on its amended complaint. Plaintiff must take some action to advance the case by June 26, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.