**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Camille Chew

                    Plaintiff,

v.                                              Case No.: 1:26–cv–06646
                                                Honorable Lindsay C. Jenkins

peiniquliulang, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 29, 2026:

        MINUTE entry before the Honorable Lindsay C. Jenkins: The court previously directed that Plaintiff take some action to advance the case by June 26, 2026, but no action has been taken. Plaintiff has until July 2, 2026 to file a status report as to next steps for the case. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.