**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CAMILLE CHEW,

      Plaintiff,

v.

PEINIQULIULANG,

      Defendant.

Case No.: 1:26-cv-06646

Judge Lindsay C. Jenkins

Magistrate Judge Albert Berry, III

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A [13] of the Amended Complaint [12].

| No. | Defendant |
|-----|-----------|
| 1 | peiniquliulang |

This terminates the action.

DATED:  June 30, 2026

Respectfully submitted,
*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***